

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-14-00813-CV

**IN RE PRECISION SHOOTING EQUIPMENT, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
               Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  March 11, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On November 21, 2014, relator Precision Shooting Equipment, Inc., filed its petition for writ of mandamus complaining of the trial court's failure to rule on a motion for default judgment pending in the underlying suit for breach of contract. On December 3, 2014, this court requested a response to Precision's petition. Having received a response filed on behalf of the respondent judge, this court entered an order holding the mandamus proceeding in abeyance to allow the trial court to conduct a hearing on the pending motion. On March 3, 2015, the trial court provided a copy of its order signed on January 23, 2015, granting relator's motion for default judgment.

Having reviewed the trial court's ruling on relator's motion, this court is of the opinion that the mandamus petition should be dismissed as relator has obtained the requested relief.

---

[1] This proceeding arises out of Cause No. CV-1280, styled *Precision Shooting Equipment, Inc. v. Manuel Medina III, Individually and d/b/a M3 Outfitters*, pending in the County Court, Zapata County, Texas, the Honorable Joe Rathmell presiding.

Accordingly, this original proceeding is reinstated and relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM